UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| J. ANDERSON DEVELOPMENT, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SOUTHERN FIDELITY INSURANCE COMPANY,<br><br>        Defendant. | Civil Action No.: 2:21-cv-04401<br><br>Judge: James D. Cain, Jr.<br><br>Magistrate Judge: Thomas P. LeBlanc |

## ORDER

Considering the foregoing Motion to Dismiss with Prejudice,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice, with each party to bear its own fees and costs. All other existing dates and deadlines in this matter are hereby vacated.

THUS DONE AND SIGNED in Chambers this 20th day of February, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE